UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

STACEY CARTER,                          §
                                        §
        Petitioner,                     §
                                        §
_versus_                                §        CIVIL ACTION H-15-607
                                        §
WILLIAM STEPHENS,                       §
                                        §
        Respondent.                     §

## Order of Adoption

On August 31, 2015, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (13). No party filed an objection. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. In accordance with Carter's motion for voluntary dismissal, this petition for writ of habeas corpus is dismissed.

Signed _October 14_, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge